## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| Caitlin Walsh, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 23 CV 50393 |
| v. ) | |
| ) | Hon. Iain D. Johnston |
| ) | |
| HHC TRS Chicago, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On 3/15/2024 Magistrate Judge Schneider entered an order noting that the defendant had been served but its answer was months overdue, that the plaintiff had nothing about it, and warning the plaintiff that failing to take any action by 4/16/2024 would result in dismissal for want of prosecution. Dkt. 5. The plaintiff took no action by 4/16/2024, and as a result on 4/25/2024 Judge Schneider entered a Report and Recommendation that the case be dismissed for want of prosecution. Dkt. 6. Under Fed. R. Civ. P. 72(b)(2) the plaintiff had to 5/9/2024 to object, but to date has not done so. In the absence of any objection, the Court adopts Judge Schneider's Report and Recommendation [6] and dismisses this case for failure to prosecute under Fed. R. Civ. P. 41(b). Civil case terminated.

Date: May 15, 2024

Iain D. Johnston
United States District Judge